February 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE BLACKSTONE BUILDER, INC. AND SHAHEM BARAZI, Appellants

NO. 14-11-01075-CV                    V.

LONE STAR BANK, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the summary judgment signed by the court below on September 14, 2011, and made final by a non-suit order signed September 21, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by THE BLACKSTONE BUILDER, INC. AND SHAHEM BARAZI, jointly and severally.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.